Submitted March 6, reversed April 29, 2015

In the Matter of G. A. K.,
Alleged to be a Person with Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## G. A. K.,
*Appellant.*

### Curry County Circuit Court
13ME025; A156216

348 P3d 1192

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Nakamoto, Judge, and Egan, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days. ORS 426.130. She argues that the state failed to prove by clear and convincing evidence that, because of a mental disorder, she is unable to provide for her basic needs. ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support the involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse the judgment of commitment.

Reversed.